IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:05-CR-0085** |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **CLARENCE LOUIS CRUDUP,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 16th day of January, 2018, upon consideration of defendant's concurred in motion (Doc. 70) to cancel final revocation hearing and request to dismiss petition in light of agreement, it is hereby ORDERED that said motion is GRANTED. The final revocation hearing as to defendant Clarence Louis Crudup, which was set for January 23, 2018, is CANCELLED. The defendant is hereby ORDERED to serve three (3) months of home confinement, in accordance with the directives of the United States Probation Office.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania